UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MORRIS LEE MOORE, JR.,

    Plaintiff,

vs.                                    Case No.: 5:23cv98-TKW-MJF

CAPTAIN DALVERY,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 27). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to exhaust his administrative remedies under 42 U.S.C. §1997e(a). Accordingly, it its

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Defendant's motion to dismiss (Doc. 24) is **GRANTED** insofar as this case is **DISMISSED without prejudice** for failure to exhaust administrative remedies under 42 U.S.C. §1997e(a).

3. The Clerk shall enter judgment in accordance with this Order and close the case file

**DONE and ORDERED** this 15th day of December, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**